IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SUSAN LANOTTE, derivatively on behalf of HIGHLAND GLOBAL ALLOCATION FUND, and on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., TIMOTHY HUI, BRYAN WARD, BOB FROEHLICH, JOHN HONIS, and ETHAN POWELL,<br><br>　　　　　　　Defendants,<br><br>　and<br><br>HIGHLAND GLOBAL ALLOCATION FUND,<br><br>　　　　　　　Nominal Defendant. | Civil Action No. 3:18-cv-02360-M |

## ORDER

Before the Court is Defendant's Motion to Dismiss. [ECF No. 43]. Oral argument on the Motion is **SET** for **Thursday, August 29, 2019 at 8:30 AM** in Courtroom 1570.

**SO ORDERED**.

July 19, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

- 1 -