IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SUSAN LANOTTE, derivatively on behalf of HIGHLAND GLOBAL ALLOCATION FUND, and on behalf of herself and all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., TIMOTHY HUI, BRYAN WARD, BOB FROEHLICH, JOHN HONIS, and ETHAN POWELL,**<br><br>**Defendants,**<br><br>and<br><br>**HIGHLAND GLOBAL ALLOCATION FUND,**<br><br>**Nominal Defendant.** | No. 3-18-cv-02360-M |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Susan Lanotte, derivatively on behalf of Highland Global Allocation Fund, and directly on behalf of herself and all others similarly situated, hereby appeals to the United States Court of Appeals for the Fifth Circuit this Court's May 27, 2020 order (Dkt. No. 66) that this case be dismissed for failure to meet the requirements for bringing the derivative claims, and for failure to establish that the direct claims could be brought directly, rather than derivatively.

Date:   June 23, 2020	Respectfully submitted,

*/s/ Bruce W. Steckler*
Bruce Steckler (Texas Bar No. 00785039)
**STECKLER GRESHAM COCHRAN**
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Telephone: 972-387-4040
Facsimile: 972-387-4041
bruce@sgc.law

Michael J. Barry (*admitted pro hac vice*)
John C. Kairis (*admitted pro hac vice*)
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Telephone: 302-622-7000
Facsimile: 302-622-7100
mbarry@gelaw.com
jkairis@gelaw.com

James S. Notis (*admitted pro hac vice*)
Meagan A. Farmer (*admitted pro hac vice*)
**GARDY & NOTIS, LLP**
126 East 56th Street, 8th Floor
New York, NY 10022
Telephone: 212-905-0509
Facsimile: 212-905-0508
jnotis@gardylaw.com
mfarmer@gardylaw.com

*Counsel for Plaintiff Susan Lanotte*

## CERTIFICATE OF SERVICE

Pursuant to Local Civil Rule 5.1, I certify that all counsel of record who have appeared in this case received a copy of this document via the Court's CM/ECF system on June 23, 2020.

*/s/ Bruce W. Steckler*
Bruce W. Steckler